David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6694 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Monique Gibson, Individually and on behalf of Alma Parnell,<br><br>       Plaintiffs,<br><br>    vs.<br><br>Pfizer Inc., et al.<br>       Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

  Come now the Plaintiff, Monique Gibson, Individually and on behalf of Alma Parnell, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| DATED: Jan. 12, 2010 | | MATTHEWS & ASSOCIATES |

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE