1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6694 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Monique Gibson, Individually and on behalf of Alma Parnell,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Pfizer Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Monique Gibson, Individually and on behalf of Alma Parnell, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: Jan. 12, 2010          MATTHEWS & ASSOCIATES

2
                                 By: _____
3                                    David P. Matthews
                                     *Attorneys for Plaintiffs*
4

5  DATED: Jan. 12, 2010          DLA PIPER LLP (US)

6
                                 By: _____
7                                    Michelle W. Sadowsky
                                     *Attorneys for Defendants*
8

9

10

11 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13 Dated FEB 17 2010          _____
                              Hon. Charles R. Breyer
14                            United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE